■ DOLPHIN LANE ASSOCIATES, LTD., Respondent, v. TOWN OF SOUTHAMPTON, Appellant, and TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF SOUTHAMPTON, Intervenor-Respondent.— Cross appeal from part of a judgment of the Supreme Court, Suffolk County, entered June 28, 1972, dismissed as moot, without costs. With the passage of the 1972 zoning ordinance by the Town of Southampton, the zoning amendment in issue was superseded and the questions raised on this appeal have therefore become moot. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ DOLPHIN LANE ASSOCIATES, LTD., Appellant, v. TOWN OF SOUTHAMPTON, Respondent, and TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF SOUTHAMPTON, Intervenor-Respondent.— Judgment of the Supreme Court, Suffolk County, entered June 28, 1972, affirmed, insofar as appealed from, without costs, on the opinion of Mr. Justice Geiler at Special Term. [72 Misc 2d 868.] Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.